IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD W. AMON, JR., an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation;<br><br>        Defendant. | 8:12CV437<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that the plaintiff's unopposed motion to continue, (Filing No. 18), is granted as follows:

1)     The deadlines for identifying expert witnesses expected to testify at the trial are:

        For the plaintiff(s):         August 2, 2013
        For the defendant(s):        September 3, 2013

2)     The deadlines for complete expert disclosures, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

        For the plaintiff(s):         August 2, 2013
        For the defendant(s):        September 3, 2013
        For the plaintiff rebuttal:     September 17, 2013.

June 4, 2013.

                                                                            BY THE COURT:

                                                                            *s/ Cheryl R. Zwart*
                                                                            United States Magistrate Judge