IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD W. AMON, JR., an individual;

    Plaintiff,

vs.

UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation;

    Defendant.

8:12CV0437

SECOND AMENDED PROGRESSION ORDER

IT IS ORDERED:

The Joint Motion to Continue Case Progression, (Filing No. 28), is granted, and the progression schedule is amended as follows:

1) The telephonic conference previously scheduled for December 17, 2013 is continued, and will be held before the undersigned magistrate judge on **January 14, 2014** at **10:30 a.m.** to discuss the status of case progression, potential settlement, and the trial and pretrial conference scheduling. Counsel for plaintiff shall place the call.

2) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 31, 2014. Motions to compel Rule 33 through 36 discovery must be filed by January 16, 2014.

3) The deadlines for identifying expert witnesses expected to testify at the trial are:
    For the plaintiff(s):     December 2, 2013.
    For the defendant(s):     January 3, 2014.

4) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):     December 2, 2013
    For the defendant(s):     January 3, 2014
    For the plaintiff(s) rebuttal:     January 17, 2014

2

5) The deposition deadline is January 31, 2014.

6) The deadline for filing motions to dismiss and motions for summary judgment is March 3, 2014.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 3, 2014.

October 29, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge