IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD W. AMON, JR., an individual;<br><br>          Plaintiff,<br><br>vs.<br><br>UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation;<br><br>          Defendant. | 8:12CV437<br><br>**THIRD AMENDED PROGRESSION ORDER** |

This matter is before the court on the parties joint motion to amend the Second Progression Order previously entered in this case. (Filing No. 35). Having discussed the matter with the parties and being fully advised of the premises, the motion is granted.

Accordingly,

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is **May 30, 2014**;

2) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    a. For the plaintiff(s): **February 15, 2014**.
    b. For the defendant(s): **March 15, 2014**.
    c. For the plaintiff(s) rebuttal: **April 1, 2014**.

3) The deposition deadline is **June 27, 2014**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **July 25, 2014**.

5)      The deadline for filing motions to exclude testimony on Daubert and related grounds is **July 25, 2014**.

6)      A telephonic status conference is scheduled for **July 29, 2014 at 1:00 p.m.** before the undersigned Magistrate to discuss the scheduling of the trial and pretrial conference in this case.  Plaintiff's counsel shall place the call.

Dated this 10th day of January, 2014.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge