IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD W. AMON, JR., an individual;

       Plaintiff,

vs.

UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation;

       Defendant.

8:12CV437

**MEMORANDUM AND ORDER**

After conferring with counsel,

1) The parties' joint motion, (Filing No. 43), is granted, and

    a. The summary judgment deadline is extended to August 22, 2014.

    b. The *Daubert* motion deadline is extended to September 26, 2014.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **November 25, 2014** at **1:00 p.m.**, and will be conducted by WebEx Conferencing. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 24, 2014.

3) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on December 8, 2014 or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

July 29, 2014.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge