IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD W. AMON, JR., an individual, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV437 |
| v. | ) ) | |
| | ) | **MEMORANDUM** |
| UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation, | ) ) ) ) | **AND ORDER** |
| Defendant. | ) ) ) | |

Plaintiff has filed a motion (Filing 51) to extend the deadline within which he may file his brief and evidence in opposition to Defendant's motion for summary judgment (Filing 45). Plaintiff's motion states that he filed a motion to compel (Filing 49) on September 22, 2014, seeking information that is "material to the issues of whether Plaintiff provided Defendant notice of his need for Family Medical Leave and the credibility of the testimony of Plaintiff and Defendant's witnesses." Plaintiff claims the information sought "may create a genuine issue of material fact and Plaintiff will be prejudiced in his opposition of Defendant's Motion for Summary [J]udgment without this evidence." (Filing 51 ¶ 7.) Plaintiff states that the pending motion to compel was necessary because "Defendant objected to and supplied incomplete responses" to Plaintiff's prior discovery requests. (Filing 51 ¶ 6.)

While Plaintiff has not shown "*by affidavit or declaration* that, for specified reasons, it cannot present facts essential to justify its opposition," as required by Fed. R. Civ. P. 56(d) (emphasis added), the court may extend the time within which an act must be done "for good cause." Fed. R. Civ. P. 6(b). Therefore, "for good cause" shown, I shall grant Plaintiff's motion to extend.

IT IS ORDERED:

1. Plaintiff's Motion to Extend Plaintiff's Opposition Brief Deadline (Filing 51) is granted;

2. The deadlines for the filing of Plaintiff's opposition to Defendant's Motion for Summary Judgment (Filing 45) and Defendant's reply thereto are suspended until such time as the Magistrate Judge rules on Plaintiff's Motion to Compel (Filing 49);

3. Immediately after the Magistrate Judge rules on Plaintiff's Motion to Compel (Filing 49), Plaintiff's counsel shall file a motion to set deadlines for the Plaintiff to file a brief and evidence in opposition to Defendant's Motion for Summary Judgment (Filing 45) and Defendant's reply thereto;

4. Defendant's Motion for Summary Judgment (Filing 45) is held in abeyance until further order of the court; and

5. This matter is referred to Magistrate Judge Zwart to determine whether the pretrial conference and trial in this matter should be continued.

DATED this 25th day of September, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.