IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD W. AMON, JR., an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC DISTRIBUTION SERVICES COMPANY, a Delaware corporation;<br><br>Defendant. | 8:12CV437<br><br>**ORDER** |

A pretrial conference is scheduled in this case for March 6, 2015 and the jury trial is scheduled for March 23, 2015. Defendant's motion for summary judgment, (Filing No. 45), is pending.

Accordingly,

IT IS ORDERED:

1) The parties' joint motion to continue, (Filing No. 67), is granted.

2) The pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

February 11, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge